```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JOSEPH A. MORELLO             :     CIVIL ACTION
                              :
     v.                       :
                              :
KENCO TOYOTA LIFT, et al.     :     NO. 09-4412
```

### ORDER

AND NOW, this 25th day of March, upon consideration of the defendant Lift Truck Technologies, Inc.'s ("LTT") Motion for Summary Judgment (Docket No. 107), the plaintiff's opposition thereto, and LTT's reply in support of said motion, for the reasons stated in a memorandum of law bearing today's date, IT IS HEREBY ORDERED that LTT's motion for summary judgment is GRANTED.  JUDGMENT IS ENTERED for LTT against the plaintiff.

```
                         BY THE COURT:


                         /s/Mary A. McLaughlin
                         MARY A. McLAUGHLIN, J.
```